UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE BUTLER,<br><br>      Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant(s). | 23-CV-8984 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued October 17, 2023, scheduled an initial pretrial conference in this matter for December 13, 2023, and required the parties to file a joint status letter and proposed case management plan by December 6, 2023.  *See* ECF No. 5.  No such materials were filed.

  It is hereby **ORDERED** that the parties shall file the required materials as soon as possible and no later than **December 8, 2023.**

  SO ORDERED.

Dated: December 7, 2023
    New York, New York

                         DALE E. HO
                        United States District Judge