

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

<div style="color:blue">
Application **GRANTED**. The December 13, 2023, conference is **ADJOURNED** to **February 7, 2024, at 3:00 P.M.** The parties shall join the conference by dialing (646) 453 - 4442 and entering the Conference ID: 418 276 008, followed by the pound sign (#). The parties shall file the joint letter and proposed case management plan by **January 31, 2024.** So Ordered.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 9.

Dale E. Ho
United States District Judge
Dated: December 8, 2023
New York, New York
</div>

BY ECF
Honorable Dale E. Ho
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10601

Re:   *Stephanie Butler v. United States of America,* No. 23-8984 (DEH)

Dear Judge Ho:

This Office represents the defendant, the United States of America, in the above-referenced action brought pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671 and 1346(b)(1). Pursuant to the Court's Orders of October 17 and December 7, 2023, the parties are to appear for an initial pre-trial conference on December 13, 2023, at 2:30 pm, and submit a joint status letter and proposed case management plan by tomorrow, December 8, 2023. I write respectfully to request an adjournment of the date of the conference. I request this extension because the government's answer due date is December 18, 2023, and I have not yet completed an investigation or received all the materials I need to prepare the government's response. Both parties will be available as of January 16, 2024, and request an adjournment to a date thereafter at the Court's convenience. Plaintiff has kindly consented to this request for an adjournment of the conference.

I am mindful of the Court's original Order directing the parties to submit a joint letter and case management plan by December 6, 2023. Due to an administrative error, no submission was made by that date. I apologize for this error and any inconvenience it has caused the Court.

Thank you for your consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: /s/ *Susan Branagan*
   SUSAN C. BRANAGAN
   Assistant United States Attorney
   Telephone: (212) 637-2804
   Fax: (212) 637-2750

cc:   Counsel of record (via ECF)