UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STEPHANIE BUTLER                              :

                                                                :    <u>ORDER</u>
                    Plaintiff,

                                                                :    23 Civ. 8984 (GWG)

  -v.-
                                                                :

UNITED STATES OF AMERICA                      :

                                                                :
                  Defendant.
-----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Oral argument on the pending motion to dismiss will take place on Thursday, September 26, 2024, at 11:00 a.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York. The oral argument will be limited to the following legal issue: whether plaintiff is entitled to jurisdictional discovery on the factual question of how the piece of wood which caused plaintiff to trip and fall came to be affixed to the sidewalk and the role of the Government's contractor (or subcontractor) in that affixing. As part of the oral argument, counsel for each side will be expected to proffer all information in their possession on this factual issue. Additional, counsel for plaintiff will be expected to answer questions on what information on this topic has been sought and provided during the course of discovery in the state court lawsuit. Counsel for plaintiff should bring to the oral argument a copy of the complaint in the state court lawsuit.

      This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the argument may begin on time.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at:http://nysd.uscourts.gov/judge/Gorenstein).

      SO ORDERED.

Dated: September 23, 2024
       New York, New York

                                                                  GABRIEL W. GORENSTEIN
                                                                 United States Magistrate Judge